AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00429 |
| Daniel Paul Gray | ) Assigned to: Judge Harvey, G. Michael |
| DOB: XXXXXX | ) Assign Date: 5/17/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____January 6, 2021____ in the county of _____ in the
_____ in the District of ____Columbia____, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Knowingly Engages in any act of Physical Violence against any person or property in any Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(F) - Engaging in an act of physical violence in the Grounds or any of the Capitol Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,
18 U.S.C. § 111(a)(1) - Forcibly assault, resist, oppose, impede, intimidate, or interfere with a designated person while that person is engaged in the performance of official duties,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Benjamin Fulp, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 5/17/2021

_____
*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*