# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No.: 21-mj-429 (GHM) |
| | : | |
| v. | : | |
| | : | |
| **DANIEL GRAY** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the discovery letter, dated July 9, 2021, in this case, which was served as an attachment via the Court's Electronic Filing System on counsel for the Defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By: _____/s/ *Vivien Cockburn*_____
VIVIEN COCKBURN
DANIEL HONOLD
Assistant United States Attorneys
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530
(202) 252-7245/(202) 252-6898
Vivien.cockburn@usdoj.gov
Daniel.Honold@usdoj.gov

## Certificate of Service

I hereby certify that I caused a copy of the Notice of Filing and attached Discovery Letter (without attachments) to be served upon defendant's counsel via the Court's Electronic Filing System, and Notice of Filing and attached Discovery Letter (with attachments) via email and/or USAfx on July 9, 2021.

_____/s/ *Vivien Cockburn*_____



VIVIEN COCKBURN
Assistant United States Attorney

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 9, 2021

Maria Jacob, Esquire
Federal Public Defenders
655 Indiana Ave, N.W.
Washington, D.C. 20004

         Re: ***United States v. Daniel Gray***
            ***Case No. 21-mj-489 (GMH)***

Dear Counsel:

  Please find enclosed initial discovery in the above-captioned case.

**I. Plea Offer**

  There is no plea offer at this time.

**II. Discovery**

  **Documents/Videos**

- MPD Cobalt report (13 pages)(redacted)
- Instagram:
  - Preservation request
  - Subpoena return
  - Video of Gray statement
- Facebook/Instagram:
  - Facebook Subpoena return
- Body worn camera videos:
  - Ofc. Matthew Lapitsky (x2)

- Ofc. Jamal Green (x2)
- Ofc. Noah Rathbun (x1)
- Ofc. Paul Weiss (x3)
- Ofc. Sean Allen (x1)
- Ofc. Marina Bronstein (x3)
- Ofc. Travis Coley (x3)
- Ofc. F. Dennis (x1)
- Sgt. A. Alali (x1)
- Videos:
  - Capitol building video-surveillance: ***The enclosed video-surveillance footage is designated as "Highly Sensitive," and is subject to the conditions set forth in the signed protective order, dated June 24, 2021, for "Sensitive" and "Highly Sensitive" materials. Please provide a copy of your client's signed Attachment A form to the government.***
    - Upper West Terrace Door 0912 (x1)
    - Rotunda Door North/Camera 0960 (x1)
    - Rotunda Door South/Camera 0959 (x1)

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

### III.   Government's Discovery Requests

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant disclose prior statements of any witnesses that defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

### IV.   Other information:

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to

light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

      Please contact me if you have any issues accessing the information, and/or to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

      Sincerely,

CHANNING D. PHILLIPS
Acting United States Attorney

*/s/Vivien Cockburn*
Vivien Cockburn
Daniel Honold
Assistant United States Attorneys
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 252-7245
Vivien.cockburn@usdoj.gov
Daniel.Honold@usdoj.gov

cc:    United States District Court Case File (without attachments)